**WO**

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Metropolitan Life Insurance Company,<br><br>                Plaintiff,<br><br>v.<br><br>Dale Sullens and Linda Johnston,<br><br>                Defendants. | No. CIV 06-3113 PHX-SMM<br><br>**ORDER** |

Upon Motion of Plaintiff Metropolitan Life Insurance Company ( Dkt. 6) and just cause appearing,

IT IS ORDERED that the Clerk of the Court accept the check of Metropolitan Life Insurance Company in the sum of $28,679.00, plus any applicable interest ("Plan Benefits"), with respect to this interpleader action and the deposit said check into the Registry Account of the Court pursuant to 28 U.S.C. § 2041.

IT IS FURTHER ORDERED, pursuant to Rule 1.13, *Rules of Practice of the United States District Court for the District of Arizona*, that the Clerk of the Court and/or the Financial Deputy shall invest the Plan Benefits so deposited in the Registry Account of this Court.

1   IT IS FURTHER ORDERED, pursuant to 28 U.S.C. § 2361, that the Clerk of this
2   Court shall issue its process directed to Dale Sullens and Linda Johnston, as "claimants,"
3   and shall be addressed to and personally served upon them where each claimant resides
4   or may be found, if the claimants do not agree to waiver of service under Rule 4(d), *Fed.*
5   *R. Civ. Proc.*
6   IT IS FURTHER ORDERED, pursuant to 28 U.S.C. § 2361, that said
7   Claimants/Defendants, above-named, are hereby and herewith restrained from instituting
8   or prosecuting any proceeding in any state or United States Court against MetLife,
9   General Motors, or the Plan with respect to the Plan Benefits.
10  Dated this 8th day of January, 2007.

_____
Stephen M. McNamee
United States District Judge